

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

In the Interest of C.M.L. and M.P.L.,
Children

No. 06-18-00091-CV

Appeal from the 200th District Court of Travis County, Texas (Tr. Ct. No. D-1-AG-10-001764). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the order of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 8, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk